UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**MICHAEL L. DECKER,**

                **Plaintiff,**

  - v -                                                             **9:09-CV-239**

**MICHAEL F. HOGAN, et al.,**

                **Defendants.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


### DECISION & ORDER

      This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-Recommendation dated June 16, 2010 have been filed, and the time to do so has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

      It is therefore,

      **ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 17) is **GRANTED** and the and the complaint is **DISMISSED FOR FAILURE TO NOTIFY THE COURT OF HIS CHANGE OF ADDRESS AND FOR FAILURE TO PROSECUTE.**  The Clerk of the Court

is instructed to enter judgment in favor of Defendants and to close the file in this matter.

**IT IS SO ORDERED**

DATED: September 1, 2010

_____
Thomas J. McAvoy
Senior, U.S. District Judge